UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA     )
                                       )
     v.                           )   4:17-cr-209
                                       )
GUAMARO MORALES-JIMENEZ   )

## ORDER

Based on the government's motion, leave of court is granted for the dismissal

without prejudice of the indictment in the above-referenced case.

So ORDERED, this ___30___ day of __March__ 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA